THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BRIAN K. BOONE,

    Defendant.                               Case No. 06-40052-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Federal Public Defender's Motion to Withdraw (Doc. 13) as attorney for defendant Boone. For cause shown, said Motion (Doc. 13) is **GRANTED**. The Assistant Federal Public Defender, Melissa A. Day, is hereby **WITHDRAWN** as counsel for defendant Boone. The Court hereby **APPOINTS** as new counsel for defendant Boone, attorney Burton H. Shostak. The Clerk of the Court shall send notification of this CJA appointment to Burton H. Shostak, 8015 Forsyth Blvd., St. Louis, Missouri 63105.

    **IT IS SO ORDERED.**

Signed this 27th day of November, 2006.

                                        /s/        David RHerndon
                                      **United States District Judge**